No. 01–10375.  BOWEN *v.* NORTH CAROLINA ET AL.  Sup. Ct.
N. C.  Certiorari denied.

No. 01–10380.  BURTON *v.* CAIN, WARDEN.  C. A. 5th Cir.
Certiorari denied.

No. 01–10381.  GAMMALO *v.* OHIO.  Sup. Ct. Ohio.  Certiorari
denied.

No. 01–10383.  MOYE *v.* MOORE, SECRETARY, FLORIDA DEPART-
MENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari
denied.

No. 01–10385.  TIDIK *v.* WAYNE COUNTY FRIEND OF THE
COURT ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 01–10388.  CINTRON *v.* BECK, SECRETARY, NORTH CARO-
LINA DEPARTMENT OF CORRECTION.  C. A. 4th Cir.  Certiorari
denied.

No. 01–10392.  GRAHAM ET AL. *v.* LATIN RITE CATHOLIC DIO-
CESE OF PITTSBURGH.  C. A. 3d Cir.  Certiorari denied.

No. 01–10393.  HAMEL *v.* NORRIS, DIRECTOR, ARKANSAS DE-
PARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 01–10395.  GREEN *v.* CAIN, WARDEN.  C. A. 5th Cir.  Cer-
tiorari denied.

No. 01–10396.  GRAESER *v.* VAUGHN, SUPERINTENDENT, STATE
CORRECTIONAL INSTITUTION AT GRATERFORD.  C. A. 3d Cir.
Certiorari denied.

No. 01–10398.  GRIGGER *v.* McCOY, SUPERINTENDENT, CAYUGA
CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 01–10399.  SANCHEZ *v.* DUNCAN, SUPERINTENDENT, GREAT
MEADOW CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari
denied.

No. 01–10400.  HAYES *v.* HARGETT, WARDEN, ET AL.  C. A.
10th Cir.  Certiorari denied.

No. 01–10401.  GRIGGS *v.* DeLOACH, WARDEN, ET AL.  C. A.
11th Cir.  Certiorari denied.